UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201 489-7755
Michael S. Kopelman, Esq. (MSK 6104)

Order Filed on July 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROANLD E. LAMOTTE
DONNA M. MENDES-LAMOTTE
                    Debtors

Case No.: 15-32290

Judge: VFP

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF REALTOR

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: July 10, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

In re:     Ronald E. LaMotte and Donna M. Mendes-LaMotte

Case No.:     15-32290

Applicant:     Ronald E. LaMotte and Donna M. Mendes-LaMotte

(check all that apply)
- ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
- ☑ Debtor:   ☐ Chap. 11   ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional:   Bridgette Pursely

Address of Professional:   Prominent Properties Sotheby's
1022 Closter Dock Road
Alpine, New Jersey 07620

- ☐ Attorney for (check all that apply):
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Other Professional:
  - ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in the amount of 4.5% of gross sales price when, as and if closing occurs.

3. The effective date of the retention is the date the application was filed with the Court.