| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>KOPELMAN & KOPELMAN LLP<br>90 Main Street, Suite 205<br>Hackensack, NJ 07601<br>Tel: 201 489-5500<br>Fax: 201 489-7755<br>Michael S. Kopelman, Esq. (MSK 6104) | Order Filed on July 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>ROANLD E. LAMOTTE<br>DONNA M. MENDES-LAMOTTE<br>                  Debtors | Case No.: 15-32290<br>Judge: VFP<br>Chapter: 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF REALTOR

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: July 10, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

In re:  Ronald E. LaMotte and Donna M. Mendes-LaMotte

Case No.:  15-32290

Applicant:  Ronald E. LaMotte and Donna M. Mendes-LaMotte

(check all that apply)  ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
☒ Debtor:  ☐ Chap. 11    ☒ Chap. 13
☐ Official Committee of _____

Name of Professional:  Bridgette Pursely
Address of Professional:  Prominent Properties Sotheby's
1022 Closter Dock Road
Alpine, New Jersey 07620

☐ Attorney for (check all that apply):
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in the amount of 4.5% of gross sales price when, as and if closing occurs.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald E LaMotte  
Donna M Mendes-LaMotte  
    Debtors

Case No. 15-32290-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.  
db/jdb        +Ronald E LaMotte,   Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:

         Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser hkaplan@rasnj.com, informationathnk@aol.com  
         Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com  
         Michael S. Kopelman    on behalf of Joint Debtor Donna M Mendes-LaMotte kopelaw@kopelmannj.com  
         Michael S. Kopelman    on behalf of Debtor Ronald E LaMotte kopelaw@kopelmannj.com  
         Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser phillip.raymond@mccalla.com  
         R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
         Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com

                                                                                                                      TOTAL: 11