Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−32290−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ronald E LaMotte                                                 Donna M Mendes−LaMotte
  311 Speer Avenue                                                  311 Speer Avenue
  Englewood, NJ 07631                                              Englewood, NJ 07631

Social Security No.:
  xxx−xx−1261                                                              xxx−xx−1809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/19 at 10:00 AM

to consider and act upon the following:

*84* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/29/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*86* − Document re: Letter to Judge Papalia (related document:84 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Michael S. Kopelman on behalf of Ronald E LaMotte, Donna M Mendes−LaMotte. (Attachments: # 1 Exhibit Doc 81 # 2 Exhibit Doc 81−1) (Kopelman, Michael)

Dated: 7/29/19

                                                                    Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court