Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−32290−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald E LaMotte
311 Speer Avenue
Englewood, NJ 07631

Donna M Mendes−LaMotte
311 Speer Avenue
Englewood, NJ 07631

Social Security No.:
  xxx−xx−1261                               xxx−xx−1809

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/19 at 10:00 AM

to consider and act upon the following:

*84* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/29/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*86* − Document re: Letter to Judge Papalia (related document:84 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Michael S. Kopelman on behalf of Ronald E LaMotte, Donna M Mendes−LaMotte. (Attachments: # 1 Exhibit Doc 81 # 2 Exhibit Doc 81−1) (Kopelman, Michael)

Dated: 7/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Ronald E LaMotte
Donna M Mendes-LaMotte
    Debtors

Case No. 15-32290-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1           Date Rcvd: Jul 29, 2019
                      Form ID: ntchrgbk       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.
```
db/jdb         +Ronald E LaMotte,    Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927
aty            +Andrew S Targum,    Targum & Britton, LLP,    225 Broadway,    Suite 307,
                 New York, NY 10007-3907
r              +Bridgette Pursely,    Prominent Properties Sotheby's,    1022 Closter Dock Road,
                 Alpine, NJ 07620-1109
cr             +Brindusa Krauss,    Brindusa Krauss,    225 Broadway,    Suite 307,    New York, NY 10007-3907
intp            Fidelity Investments,    Fidelity Workplace Services, LLC,    PO Box 770003,
                 Cincinnati, OH  45277-0070
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 00:22:23      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
```
                                                                                                                                                                                       TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                                                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser hkaplan@rasnj.com,
               informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              Michael S. Kopelman    on behalf of Joint Debtor Donna M Mendes-LaMotte kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Debtor Ronald E LaMotte kopelaw@kopelmannj.com
              Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
```
                                                                                                                                                                                     TOTAL: 11