| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ronald E LaMotte<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1261<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Donna M Mendes–LaMotte<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1809<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    11/25/15 |
| Case number: | 15–32290–VFP | Date case converted to chapter: | 7    9/4/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald E LaMotte | Donna M Mendes–LaMotte |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 311 Speer Avenue<br>Englewood, NJ 07631 | 311 Speer Avenue<br>Englewood, NJ 07631 |
| 4. | **Debtor's attorney**<br>Name and address | Michael S. Kopelman<br>Kopelman & Kopelman LLP<br>90 Main Street<br>Suite 205<br>Hackensack, NJ 07601 | Contact phone (201) 489–5500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039 | Contact phone 973–422–1100 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building  50 Walnut Street  Newark, NJ 07102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 973–645–4764  Date: 9/10/19 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 11, 2019 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/10/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32290-VFP
Ronald E LaMotte                                                          Chapter 7
Donna M Mendes-LaMotte
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 10, 2019
                              Form ID: 309A            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
```
db/jdb         +Ronald E LaMotte,    Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927
517981964      +130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
515977836      +ACAR Leasing LTD,    d/b/a GM Financial Lease,    PO Box 183692,    Arlington, TX 76096-3692
516004180      +BIOLITEC U.S., INC.,    GEORGE MILLER CHAPYER 7 TRUSTEE,    1628 JOHN F. KENNEDY BLVD,
                 SUITE 950,    PHILADELPHIA, PA 19103-2110
515976330      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516017616      +Biolitec U.S. Inc.,    c/o George L Miller, Trustee,    Eight Penn Center, Suite 950,
                 1628 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2125
516017617       Brindusa Krauss,    c/o Targum & Britton, LLP,    225 Broadway, Suite 307,
                 New York, NY 10007-3709
515872448      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
515872449      +Chase,    Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
515872443      +Equifax Information Serv.,    PO Box 740256,    Atlanta, GA 30374-0256
515872442      +Experian,    PO Box 4500,    Allen, TX 75013-1311
515872452      +Fidelity Investments Institutional Opera,    82 Devonshire Street,    Boston, MA 02109-3614
515872453       GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
516100704      +JPMORGAN CHASE BANK, N.A.,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
516017618      +Michelle F. Ryan,    49 Plaza Drive,    Newton, NJ 07860-6600
515872441     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: Division of Taxation,     Dept. of Treasury,    PO Box 269,
                 Trenton, NJ 08695)
516090544      +The Bank of NY Mellon Trust Co,NA,Trustee(See 410),    c/o Chase Records Center,
                 Attn: Correspondence Mail,    700 Kansas Ln (LA 4-5555),    Monroe, LA 71203-4774
517062714      +The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165,
                 The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165-0450
517062713       The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165
515872444       TransUnion,    PO Box 2000,    Crum Lynne, PA 19022
515940066      +VW Credit, Inc (see 410),    PO Box 9013,    Addison, TX 75001-9013
515872455      +VW Credit, Inc.,    c/o Garubo & Bonsignore, Esqs.,    38 Cottontail Trail,
                 Saddle River, NJ 07458-1515
516018936      +VW Credit, Inc. dba Bentley Financial Services,     PO Box 9013,    Addison, Texas 75001-9013
515983895      +VW Credit, Inc. dba Bentley Financial Services,     C/O VW Credit, Inc . Bentley Financial,
                 Services,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kopelaw@kopelmannj.com Sep 10 2019 23:28:47      Michael S. Kopelman,
                 Kopelman & Kopelman LLP,    90 Main Street,    Suite 205,    Hackensack, NJ  07601
tr             +EDI: BERPERKINS.COM Sep 11 2019 02:58:00      Eric Raymond Perkins,
                 Eric R. Perkins, Chapter 7 Trustee,    354 Eisenhower Parkway,    Suite 1500,
                 Livingston, NJ 07039-1023
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516077612       EDI: BECKLEE.COM Sep 11 2019 02:58:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
516050828       EDI: BECKLEE.COM Sep 11 2019 02:58:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515872446       EDI: AMEREXPR.COM Sep 11 2019 02:58:00      American Express,    Customer Care,    PO Box 981535,
                 El Paso, TX 79998-1535
515948931       EDI: AIS.COM Sep 11 2019 02:58:00      American InfoSource LP as agent for,
                 First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK  73124-8838
515872447       EDI: BANKAMER.COM Sep 11 2019 02:58:00      Bank of America,    Billing Inquiries,
                 PO Box 982235,    El Paso, TX 79998
515872445       EDI: BANKAMER.COM Sep 11 2019 02:58:00      AAA Financial Services,    PO Box 982235,
                 El Paso, TX 79998-2235
515872450       EDI: CHASE.COM Sep 11 2019 02:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515872451      +EDI: CITICORP.COM Sep 11 2019 02:58:00      Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
515872440       EDI: IRS.COM Sep 11 2019 02:58:00      IRS Insolvency Dept.,    11601 Roosevelt Blvd.,
                 Philadelphia, PA 19154
515930622       EDI: RMSC.COM Sep 11 2019 02:58:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516018236       EDI: ECAST.COM Sep 11 2019 02:58:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 15
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 10, 2019
                              Form ID: 309A            Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517981963        THE BANK OF NEW YORK MELLON TRUST COMPANY, NA, SUC
515903877*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                          TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0