Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−32290−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ronald E LaMotte                           Donna M Mendes−LaMotte
  311 Speer Avenue                          311 Speer Avenue
  Englewood, NJ 07631                    Englewood, NJ 07631

Social Security No.:
  xxx−xx−1261                                    xxx−xx−1809

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Eric Raymond Perkins, the Chapter 7 Trustee,.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 12/3/19
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: November 7, 2019
JAN:

                                                                      Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-32290-VFP
Ronald E LaMotte                                                      Chapter 7
Donna M Mendes-LaMotte
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Nov 07, 2019
                              Form ID: 170              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
```
db/jdb         +Ronald E LaMotte,    Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927
aty            +Andrew S Targum,    Targum & Britton, LLP,    225 Broadway,    Suite 307,
                 New York, NY 10007-3907
r              +Bridgette Pursely,    Prominent Properties Sotheby's,    1022 Closter Dock Road,
                 Alpine, NJ 07620-1109
cr             +Brindusa Krauss,    Brindusa Krauss,    225 Broadway,    Suite 307,   New York, NY 10007-3907
intp            Fidelity Investments,    Fidelity Workplace Services, LLC,    PO Box 770003,
                 Cincinnati, OH  45277-0070
517981964      +130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
515977836      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183692,    Arlington, TX 76096-3692
516077612       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516050828       AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
515872446       American Express,    Customer Care,    PO Box 981535,    El Paso, TX 79998-1535
515872445     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: AAA Financial Services,     PO Box 982235,    El Paso, TX 79998-2235)
516004180      +BIOLITEC U.S., INC.,    GEORGE MILLER CHAPYER 7 TRUSTEE,    1628 JOHN F. KENNEDY BLVD,
                 SUITE 950,    PHILADELPHIA, PA 19103-2110
515976330      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516017616      +Biolitec U.S. Inc.,    c/o George L Miller, Trustee,    Eight Penn Center, Suite 950,
                 1628 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2125
516017617       Brindusa Krauss,    c/o Targum & Britton, LLP,    225 Broadway, Suite 307,
                 New York, NY 10007-3709
515872450       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
515872448      +Chase,   PO Box 24696,    Columbus, OH 43224-0696
515872449      +Chase,   Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
515872451      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515872443      +Equifax Information Serv.,    PO Box 740256,    Atlanta, GA 30374-0256
515872442      +Experian,    PO Box 4500,    Allen, TX 75013-1311
515872452      +Fidelity Investments Institutional Opera,    82 Devonshire Street,    Boston, MA 02109-3614
515872453       GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
516100704      +JPMORGAN CHASE BANK, N.A.,    ATTN: CORRESPONDENCE MAIL,    MAIL CODE LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
516017618      +Michelle F. Ryan,    49 Plaza Drive,    Newton, NJ 07860-6600
515872441     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: Division of Taxation,     Dept. of Treasury,    PO Box 269,
                 Trenton, NJ 08695)
516090544      +The Bank of NY Mellon Trust Co,NA,Trustee(See 410),    c/o Chase Records Center,
                 Attn: Correspondence Mail,    700 Kansas Ln (LA 4-5555),    Monroe, LA 71203-4774
517062714      +The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165,
                 The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165-0450
517062713       The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165
515872444       TransUnion,    PO Box 2000,    Crum Lynne, PA 19022
515940066      +VW Credit, Inc (see 410),    PO Box 9013,    Addison, TX 75001-9013
515872455      +VW Credit, Inc.,    c/o Garubo & Bonsignore, Esqs.,    38 Cottontail Trail,
                 Saddle River, NJ 07458-1515
516018936      +VW Credit, Inc. dba Bentley Financial Services,    PO Box 9013,    Addison, Texas 75001-9013
515983895      +VW Credit, Inc. dba Bentley Financial Services,    C/O VW Credit, Inc . Bentley Financial,
                 Services,    PO Box 9013,    Addison, Texas 75001-9013
516018236       eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 00:01:18     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515948931       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2019 00:14:22
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515872440       E-mail/Text: cio.bncmail@irs.gov Nov 08 2019 00:06:20     IRS Insolvency Dept.,
                 11601 Roosevelt Blvd.,    Philadelphia, PA 19154
515930622       E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 00:02:22     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 07, 2019
                              Form ID: 170             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517981963        THE BANK OF NEW YORK MELLON TRUST COMPANY, NA, SUC
515872447*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     Billing Inquiries,    PO Box 982235,
                   El Paso, TX 79998)
515903877*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins     eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Harold N. Kaplan    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser hkaplan@rasnj.com,
               informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              Michael S. Kopelman    on behalf of Joint Debtor Donna M Mendes-LaMotte kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Debtor Ronald E LaMotte kopelaw@kopelmannj.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
               phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser sdeluca@rasflaw.com
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                               TOTAL: 15
```