Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on November 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Ronald E LaMotte,<br>Donna M Mendes-LaMotte,<br><br><br>Debtors. | Chapter 7<br><br>Case No. 15-32290-VFP<br><br>Hearing Date: November 19, 2019 at 10:00a.m.<br><br>Judge: Vincent F. Papalia |
|---|---|

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: November 25, 2019

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Ronald E LaMotte and Donna M Mendes-LaMotte |
| Case No.: | 15-32290-VFP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by JPMorgan Chase Bank, National Association ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 311 Speer Ave, Englewood, NJ 07631;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald E LaMotte  
Donna M Mendes-LaMotte  
    Debtors

Case No. 15-32290-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 26, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.  
db/jdb         +Ronald E LaMotte,    Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

       Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Eric Raymond Perkins    eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Harold N. Kaplan    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser hkaplan@rasnj.com, informationathnk@aol.com  
       Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com  
       Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com  
       Michael S. Kopelman    on behalf of Joint Debtor Donna M Mendes-LaMotte kopelaw@kopelmannj.com  
       Michael S. Kopelman    on behalf of Debtor Ronald E LaMotte kopelaw@kopelmannj.com  
       Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association phillip.raymond@mccalla.com  
       Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser phillip.raymond@mccalla.com  
       R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
       Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
       Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Ser sdeluca@rasflaw.com  
       Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com

                                                                          TOTAL: 15