Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−32290−VFP
          Chapter: 7
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ronald E LaMotte                         Donna M Mendes−LaMotte
  311 Speer Avenue                         311 Speer Avenue
  Englewood, NJ 07631                   Englewood, NJ 07631

Social Security No.:
  xxx−xx−1261                                 xxx−xx−1809

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 5, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 5, 2019
JAN: mcp

                                                                          Jeanne Naughton
                                                                         Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                     Case No. 15-32290-VFP
Ronald E LaMotte                                           Chapter 7
Donna M Mendes-LaMotte
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin             Page 1 of 2         Date Rcvd: Dec 05, 2019
                              Form ID: 148            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db/jdb         +Ronald E LaMotte,    Donna M Mendes-LaMotte,    311 Speer Avenue,    Englewood, NJ 07631-1927
aty            +Andrew S Targum,    Targum & Britton, LLP,    225 Broadway,   Suite 307,
                 New York, NY 10007-3907
r              +Bridgette Pursely,    Prominent Properties Sotheby's,    1022 Closter Dock Road,
                 Alpine, NJ 07620-1109
cr             +Brindusa Krauss,    Brindusa Krauss,   225 Broadway,   Suite 307,    New York, NY 10007-3907
intp            Fidelity Investments,    Fidelity Workplace Services, LLC,    PO Box 770003,
                 Cincinnati, OH 45277-0070
517981964      +130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
515977836      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,   PO Box 183692,    Arlington, TX 76096-3692
516004180      +BIOLITEC U.S., INC.,    GEORGE MILLER CHAPYER 7 TRUSTEE,    1628 JOHN F. KENNEDY BLVD,
                 SUITE 950,   PHILADELPHIA, PA 19103-2110
515976330      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516017616      +Biolitec U.S. Inc.,    c/o George L Miller, Trustee,   Eight Penn Center, Suite 950,
                 1628 John F. Kennedy Boulevard,    Philadelphia, PA 19103-2125
516017617       Brindusa Krauss,    c/o Targum & Britton, LLP,   225 Broadway, Suite 307,
                 New York, NY 10007-3709
515872448      +Chase,   PO Box 24696,    Columbus, OH 43224-0696
515872449      +Chase,   Home Equity Loan Servicing,    PO Box 24714,   Columbus, OH 43224-0714
515872443      +Equifax Information Serv.,    PO Box 740256,   Atlanta, GA 30374-0256
515872442      +Experian,    PO Box 4500,    Allen, TX 75013-1311
515872452      +Fidelity Investments Institutional Opera,    82 Devonshire Street,   Boston, MA 02109-3614
515872453       GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
516100704      +JPMORGAN CHASE BANK, N.A.,    ATTN: CORRESPONDENCE MAIL,   MAIL CODE LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
516017618      +Michelle F. Ryan,    49 Plaza Drive,   Newton, NJ 07860-6600
515872441      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: Division of Taxation,    Dept. of Treasury,   PO Box 269,
                 Trenton, NJ 08695)
516090544      +The Bank of NY Mellon Trust Co,NA,Trustee(See 410),    c/o Chase Records Center,
                 Attn: Correspondence Mail,    700 Kansas Ln (LA 4-5555),    Monroe, LA 71203-4774
517062714      +The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165,
                 The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165-0450
517062713       The Bank of New York Trust Company,,    P.O. Box 65450, Salt Lake City UT 84165
515872444       TransUnion,    PO Box 2000,   Crum Lynne, PA 19022
515940066      +VW Credit, Inc (see 410),    PO Box 9013,   Addison, TX 75001-9013
515872455      +VW Credit, Inc.,    c/o Garubo & Bonsignore, Esqs.,   38 Cottontail Trail,
                 Saddle River, NJ 07458-1515
516018936      +VW Credit, Inc. dba Bentley Financial Services,    PO Box 9013,   Addison, Texas 75001-9013
515983895      +VW Credit, Inc. dba Bentley Financial Services,    C/O VW Credit, Inc . Bentley Financial,
                 Services,   PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 00:00:29     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 00:00:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 06 2019 04:38:00      Synchrony Bank,   c/o Recovery Mmgt. Sys.,
                 25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516077612       EDI: BECKLEE.COM Dec 06 2019 04:38:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,   MALVERN, PA 19355-0701
516050828       EDI: BECKLEE.COM Dec 06 2019 04:38:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    PO BOX 3001,   MALVERN, PA 19355-0701
515872446       EDI: AMEREXPR.COM Dec 06 2019 04:38:00      American Express,    Customer Care,   PO Box 981535,
                 El Paso, TX 79998-1535
515948931       EDI: AIS.COM Dec 06 2019 04:38:00      American InfoSource LP as agent for,
                 First Data Global Leasing,    PO Box 248838,   Oklahoma City, OK 73124-8838
515872445       EDI: BANKAMER.COM Dec 06 2019 04:38:00      AAA Financial Services,    PO Box 982235,
                 El Paso, TX 79998-2235
515872447       EDI: BANKAMER.COM Dec 06 2019 04:38:00      Bank of America,    Billing Inquiries,
                 PO Box 982235,   El Paso, TX 79998
515872450       EDI: CHASE.COM Dec 06 2019 04:38:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
515872451      +EDI: CITICORP.COM Dec 06 2019 04:38:00      Citi Cards,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
515872440       EDI: IRS.COM Dec 06 2019 04:38:00      IRS Insolvency Dept.,    11601 Roosevelt Blvd.,
                 Philadelphia, PA 19154
515930622       EDI: RMSC.COM Dec 06 2019 04:38:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516018236       EDI: ECAST.COM Dec 06 2019 04:38:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York, NY 10087-9262
```

```
District/off: 0312-2           User: admin               Page 2 of 2                   Date Rcvd: Dec 05, 2019
                               Form ID: 148              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517981963          THE BANK OF NEW YORK MELLON TRUST COMPANY, NA, SUC
515903877*        +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins     eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Harold N. Kaplan    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser hkaplan@rasnj.com,
               informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              Michael S. Kopelman    on behalf of Joint Debtor Donna M Mendes-LaMotte kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Debtor Ronald E LaMotte kopelaw@kopelmannj.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
               phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA,
               successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance
               Trust Multi-Class Mortgage Pass-Through Certificates, Ser sdeluca@rasflaw.com
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                                  TOTAL: 15
```