Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  15−32290−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald E LaMotte                                        Donna M Mendes−LaMotte
   311 Speer Avenue                                     311 Speer Avenue
   Englewood, NJ 07631                              Englewood, NJ 07631

Social Security No.:
   xxx−xx−1261                                                  xxx−xx−1809

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 9, 2020</u>                  <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court